UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  18-CR-20042 |
| | ) | |
| VICKI J. WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S
MOTION TO RECONSIDER ASSIGNMENT OF COUNSEL**

The United States of America by John C. Milhiser, United States Attorney for the Central District of Illinois, and Ryan Finlen, Assistant United States Attorney, hereby moves this Court to reconsider its March 12, 2020, order substituting Audrey Thompson as counsel for the defendant, Vicki J. Webb, and substitute alternative counsel due to a conflict of interest. In support of its motion, the government states as follows:

1.      Since September 12, 2018, Attorney Lawrence Solava has represented Defendant Vicki Webb.

2.      Unfortunately, Mr. Solava will no longer represent Defendant Vicki Webb. The Court, on March 12, 2020, substituted attorney Audrey Thompson for Mr. Solava.

3.      The government has information that attorney Audrey Thompson may have a conflict of interest in representing Defendant Webb.

WHEREFORE, the United States of America respectfully requests that this Court terminate attorney Audrey Thompson as counsel for Defendant Webb and substitute another attorney to represent Defendant Webb.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

s/ Ryan Finlen
Ryan Finlen
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:   217-373-5875
Fax:   217-373-5891
ryan.finlen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to all parties of record.

s/   Ryan Finlen
RYAN FINLEN
Assistant United States Attorney
